John J. Talton, Chapter 13 Trustee

Check No. 809563

Pay to: CLERK Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-10625 | 026-0 | EDWARD C SCOTT<br>Original Check written to:<br>FIRST BANK OF DELAWARE<br>C/O CHECK 'N GO, LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH 45040 | xxxxxxx5801 | 229.78 | 35.22 | 0.00 | 35.22 |
| 06-10102 | 002-0 | JAMES LOUIS FALLS JR.<br>Original Check written to:<br>DISCOVER FINANCIAL SERVICES, INC.<br>C/O WILSON CONSOLICATED SERVICES<br>PO BOX 1173<br>LAKEVILLE, MA 02347- | xxx7653 | 0.00 | 8,498.98 | 0.00 | 8,498.98 |
| 07-60920 | 008-0 | ALEX M MATHIS<br>Original Check written to:<br>HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD.<br>BRANDON, FL 33510- | 2549 | 0.00 | 6.13 | 0.04 | 6.17 |