John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 815080

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-10625 | 009-0 | EDWARD C SCOTT<br>Original Check written to:<br>REPUBLIC BANK & TRUST<br>601 W MARKET ST<br>LOUISVILLE, KY  40202 | xxxxxxxxlDED | 295.30 | 45.45 | 0.00 | 45.45 |
| 05-10929 | 999-0 | ROSE M BISHOP<br>Original Check written to:<br>ROSE M BISHOP<br>3660 FISH HOOK LN<br>BRIDGE CITY, TX  77611 | | 0.00 | 295.00 | 0.00 | 295.00 |
| 05-11088 | 005-0 | JAMES CRAIG SPEYRER<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH  43218- | xxxxxx1901 | 0.00 | 83.79 | 0.00 | 83.79 |
| 05-11824 | 013-0 | WILLIAM TODD RAYON<br>Original Check written to:<br>NCO FINANCIAL SYSTEMS INC<br>P O BOX 15456<br>WILMINGTON, DE  19850-5456 | xxxxxxxxxxxxxxxxxxxl050 | 249.87 | 27.13 | 0.00 | 27.13 |
| 05-90292 | 001-0 | CHARLES F PRUETT<br>Original Check written to:<br>REGIONS BANK<br>P O BOX 4409<br>BRIDGETON, MO  63044-0409 | 1624 | 0.00 | 244.73 | 0.00 | 244.73 |
| 05-90574 | 001-0 | JIMMIE BUTLER<br>Original Check written to:<br>DR. SUPRANEE PHONSOMBAT<br>2031CROCKETT ROAD<br>PALESTINE, TX  75801 | | 0.00 | 52.11 | 0.00 | 52.11 |
| 05-90776 | 999-0 | LINTONETTE ACLIESE JOSEY<br>Original Check written to:<br>LINTONETTE ACLIESE JOSEY<br>1017 SAYERS<br>LUFKIN, TX  75904 | | 0.00 | 8.75 | 0.00 | 8.75 |